FILED
CLERK, U.S. DISTRICT COURT
OCT 31 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>   Defendant. | Case No.: SACR06-79-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on apparent illegal immigration status; assoc w/ multiple personal identifiers; ties to Mexico, including assets property there; means to flee; nature of alleged violation (i.e., absconding from supervision)

1 _____

2 _____

3   and/or

4 B.   ( ) The defendant has not met his/her burden of establishing by clear and

5   convincing evidence that he/she is not likely to pose a danger to the safety of any

6   other person or the community if released under 18 U.S.C. § 3142(b) or (c). This

7   finding is based on _____

8 _____

9 _____

10 _____

11 _____

12

13   IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED: __10/31/14__

17                                   ROBERT N. BLOCK
                                    UNITED STATES MAGISTRATE JUDGE